UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOB JAMES CLEVENGER,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, Inc., a foreign corporation; CCA WESTERN PROPERTIES, INC., an Idaho corporation; PHILIP VALDEZ, individually and in his official capacity; JOHN and JANE DOES 1-8, in their individual and official capacities,<br><br>    Defendants. | Case No. 2:11-cv-00088-EJL<br><br>**JUDGMENT** |

Based on the Court's Memorandum Decision and Order granting Defendants' Motion to Dismiss, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED without prejudice for failure to exhaust administrative remedies.

DATED:  **March 8, 2012**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT - 1